THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sherwood Adams,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2005-UP-242
Submitted April 1, 2005  Filed April 6, 2005

APPEAL DISMISSED

 
 
 
Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  In September 2003, Sherwood Adams was found guilty of kidnapping and criminal domestic violence of a high and aggravated nature.  He was sentenced to concurrent terms of confinement totaling fifteen years.  Adams appeals and counsel for Adams has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Adams filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and after consideration of appellants pro se brief we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
ANDERSON, BEATTY and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.